**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 12 |
| | : | |
| **RENEE M. THORPE,** | : | |
| | : | |
| Debtor | : | Bky. No. 13-15267 ELF |

# O R D E R

**AND NOW**, following a telephone conference with counsel, it is hereby **ORDERED** that the hearing on the Debtor's Motion to Release Funds in the Court Registry (Doc. # 637), presently scheduled on **February 8, 2017**, is **CONTINUED GENERALLY** pending further order of this court

**Date: January 31, 2017**

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**