**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 12 |
| | : | |
| RENEE M. THORPE, | : | |
| | : | |
| Debtor | : | Bky. No. 13-15267 ELF |

# O R D E R

**AND NOW**, a contested matter having arisen due to the filing of the Motion to Pay Certain Funds Held in Escrow (Doc. # 581) ("the Motion") and the responses thereto;

**AND**, the court having held a hearing on the Motion;

**AND**, for the reasons set forth in the accompanying Memorandum, this court having determined that the contested matter is a non-core matter, see 28 U.S.C. §157(c)(1);

**AND**, the court being obliged to submit proposed findings of fact and conclusions of law to the district court; id.;

**AND**, the Memorandum accompanying this order constituting this court's proposed findings of fact and conclusions of law;

It is therefore **ORDERED** that the Clerk shall transmit forthwith to the U.S. District Court this court's Memorandum and the record of the contested matter, consisting of the Motion, the responses thereto, the notes of testimony and the trial exhibits.

Date: **February 17, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**