**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 12 |
| | : | |
| **RENEE M. THORPE,** | : | |
| | : | |
| Debtor | : | Bky. No. 13-15267 ELF |

# O R D E R

**AND NOW**, by Order dated **January 31, 2017**, the court having **CONTINUED GENERALLY**, the Debtor's Motion to Release Funds in the Court Registry ("the Debtor's Motion") (Doc. # 637);

**AND**, on **February 17, 2017**, the court having entered a Memorandum and Order (Doc. #'s 644, 645) on a related matter which will be transmitted to the district court;[1]

**AND**, as a result of the **February 17, 2017** Memorandum and Order, it appearing appropriate to determine the proper method of proceeding with respect to the Debtor's Motion;

It is therefore **ORDERED** that a status hearing on the Debtor's Motion is **SCHEDULED** on **February 28, 2017**, **at 9:30 a.m.**, **in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA**.[2]

Date: February 17, 2017

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

---

[1] The related matter is the Motion to Pay Certain Funds Held in Escrow With the Bankruptcy Clerk Pursuant to the Order of May 25, 2016 filed by Joseph Q. Mirarchi Legal Services, P.C. (Doc. # 581).

[2] The parties may appear telephonically by making arrangements with the Courtroom Deputy.